UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST LOOK INSTITUTE, INC.
And SHARON LERNER,

        Plaintiffs,

v.

NATIONAL INSTITUTES OF HEALTH,

        Defendant.

Case No. 21 Civ. 4024 (GHW)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Victoria Noble, being duly sworn, hereby declare under penalty of perjury:

1. I am a First Amendment Fellow with First Look Institute, Inc.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Attorney Identification Number: 6336455.

8. Wherefore, your affiant respectfully submits that she be permitted as counsel and advocate *pro hac vice* in case number 21 Civ. 4024 for Plaintiffs, First Look Institute, Inc. and Sharon Lerner.

Dated: May 11, 2021
       Naples, Florida

*Victoria J Noble*
Victoria Noble
First Amendment Fellow
First Look Institute, Inc.
114 5th Avenue
New York, NY 10011
Tel: 248.303.8977
victoria.noble@theintercept.com

State: Virginia

County: Chesapeake

Sworn to before me this
 11th  day of May, 2021

*H Lee Gdo*

NOTARY PUBLIC



**Jennifer Lee Gagliardo**

REGISTRATION NUMBER
7905199
COMMISSION EXPIRES
**August 31, 2024**

Expiration: 08/31/2024

Registration: 7905199

Notarized online using audio-video communication