USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
FIRST LOOK INSTITUTE, INC. and SHARON :
LERNER, :
: 1:21-cv-04024-GHW
Plaintiffs, :
:
-against - : ORDER
:
NATIONAL INSTITUTES OF HEALTH, :
:
Defendant. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the July 26, 2021 conference, Defendant is directed to produce the seven "high priority" grant proposals, with index for those grants, by no later than September 3, 2021. *See* Dkt. No. 22 at 2 n.1.  The parties are directed to submit a joint status letter by no later than August 9, 2021 regarding the source and volume of the other documents requested by Plaintiffs.  The letter should inform the Court of the number of pages associated with the remaining grant proposals, and information on the review by Defendant and the grantee.  The Court expects to schedule a conference after receiving the parties' joint letter, at which the Court will set another deadline for the completion of production and a page production goal with respect to the communications related to the grant proposals.

SO ORDERED.

Dated: July 26, 2021
New York, New York
                                                          _____
                                                          GREGORY H. WOODS
                                                          United States District Judge