

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 8, 2023

**BY ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *First Look Institute, Inc., et al. v. National Institutes of Health*,
             No. 21 Civ. 4024 (GHW)

Dear Judge Woods:

    This Office represents defendant the National Institutes of Health ("NIH") in the above-referenced Freedom of Information Act ("FOIA") matter. In accordance with the Court's order dated February 9, 2023 (ECF No. 59), we write respectfully on behalf of the parties to provide a status report.

    As explained in the last status report (ECF No. 58), in connection with the parties' discussions concerning the scope of potential summary judgment briefing, NIH made a second release of previously-withheld material on January 11, 2023. Plaintiffs are continuing to review that production, and the parties expect to engage in further discussions. Accordingly, we respectfully request permission to submit a further status report by Wednesday, April 5, 2023.

We thank the Court for its consideration of this letter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:  /s/ *Christopher Connolly*
        CHRISTOPHER CONNOLLY
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2761
        Facsimile: (212) 637-2786
        christopher.connolly@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)