

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 5, 2023

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *First Look Institute, Inc., et al. v. National Institutes of Health*,
              No. 21 Civ. 4024 (GHW)

Dear Judge Woods:

      This Office represents defendant the National Institutes of Health ("NIH") in the above-referenced Freedom of Information Act ("FOIA") matter. In accordance with the Court's order dated April 6, 2023 (ECF No. 63), we write respectfully on behalf of the parties to provide a status report.

      As explained in prior status reports, in connection with the parties' discussions concerning the scope of potential summary judgment briefing, NIH made a second release of previously-withheld material on January 11, 2023. Plaintiffs provided a response to that production on May 1, 2023, raising questions concerning one record withheld in part pursuant to exemptions asserted by non-party the Federal Bureau of Investigation ("FBI"), which has equities in the record. To allow NIH and the FBI to consider, and respond to, plaintiffs' questions, we respectfully request permission to submit a further status report by Tuesday, June 6, 2023.

2

We thank the Court for its consideration of this letter.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

By: /s/ *Christopher Connolly*
          CHRISTOPHER CONNOLLY
          Assistant United States Attorney
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Telephone: (212) 637-2761
          Facsimile: (212) 637-2786
          christopher.connolly@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)