

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

August 30, 2023

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *First Look Institute, Inc., et al. v. National Institutes of Health*,
                  No. 21 Civ. 4024 (GHW)

Dear Judge Woods:

      In accordance with the Court's order dated August 16, 2023 (ECF No. 68), we write respectfully on behalf of the parties to provide a status report in this Freedom of Information Act ("FOIA") matter.

      Since their last status report (ECF No. 66), the parties have continued to confer in an effort to resolve any outstanding issues, and they agree that a pre-motion conference to discuss potential cross-motions for summary judgment is unnecessary at this time. The parties are exploring the potential for resolution of this matter in its entirety, without the need for further litigation. To allow those discussions to continue, we respectfully request permission to submit a further status report by no later than Tuesday, October 17, 2023. In the event the parties either agree on a resolution of this matter or determine that resolution is not feasible prior to October 17, they will alert the Court promptly.

We thank the Court for its consideration of this letter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:  /s/ *Christopher Connolly*
        CHRISTOPHER CONNOLLY
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2761
        Facsimile: (212) 637-2786
        christopher.connolly@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)