

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

November 17, 2023

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *First Look Institute, Inc., et al. v. National Institutes of Health*,
                  No. 21 Civ. 4024 (GHW)

Dear Judge Woods:

      In accordance with the Court's order dated October 17, 2023 (ECF No. 72), we write respectfully on behalf of the parties to provide a status report in this Freedom of Information Act ("FOIA") matter.

      The parties have agreed to resolution of this matter without further litigation. Accordingly, we respectfully request permission to submit a stipulation and proposed order of dismissal no later than Friday, December 1, 2023.

      We thank the Court for its consideration of this letter.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                               By:  */s/ Christopher Connolly*
                                       CHRISTOPHER CONNOLLY
                                       Assistant United States Attorney
                                       86 Chambers Street, 3rd Floor
                                       New York, New York 10007
                                       Telephone:  (212) 637-2761

cc: *Plaintiffs' counsel* (by ECF)