USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
FIRST LOOK INSTITUTE, INC., *and* SHARON :
LERNER, :
: 1:21-cv-4024-GHW
Plaintiffs, :
:
-against - : ORDER
:
:
NATIONAL INSTITUTES OF HEALTH, :
:
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 7, 2023, the parties filed a stipulation and proposed order of settlement and dismissal.  Dkt. No. 75.  The Court will hold a conference with respect to this matter by telephone on December 15, 2023 at 4:00 p.m.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: December 8, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge